IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EDGARDO MALDONADO-ARCE,<br><br>   Plaintiff<br><br>   v.<br><br>WORKER'S COMPENSATION BOARD, et al.,<br><br>   Defendants | CIVIL NO. 09-1095 (JP) |

**OPINION AND ORDER**

  Before the Court is a motion (No. 1) filed by Plaintiff Edgardo Maldonado-Arce ("Maldonado") wherein he claims indigence and requests leave to proceed *in forma pauperis* under 28 U.S.C. Section 1915(a). The motion to proceed *in forma pauperis* was filed on the same date as the instant complaint (No. 2), February 2, 2009.

  When a plaintiff seeks to proceed *in forma pauperis* pursuant to 28 U.S.C. Section 1915(a), a court may dismiss the plaintiff's case at any time if satisfied that it is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e). A claim is frivolous within the meaning of Section 1915(d) if it is "based on an indisputably meritless legal theory," lacking "even an arguable basis in law." Neitzke v. Williams, 490 U.S. 319, 327 (1989) (explaining that *sua sponte* dismissal under 28 U.S.C. Section 1915 is warranted only if a

CIVIL NO. 09-1095 (JP)          -2-

complaint is "based on an indisputably meritless legal theory" or is "clearly baseless").  See González-González v. U.S.A., 257 F.3d 31 (1st Cir. 2001).

Plaintiff Maldonado brings this lawsuit against the Worker's Compensation Board because "they do not give you enough information how to deal with your case" and also because their documentation regarding Plaintiff's claim contained typographical errors. Plaintiff's sparse complaint is less than one-page long, and does not contain any further details about the basis for his lawsuit against Defendants.

After thoroughly examining all allegations and arguments set forth by Plaintiff Paul in his complaint (**No. 2**), the Court holds that Plaintiff's complaint is frivolous under the standard set forth above, and it is hereby **DISMISSED WITH PREJUDICE.**  Judgment shall be entered accordingly.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 12th day of February, 2009.

　　　　　　　　　　　　　　　　　　　　s/Jaime Pieras, Jr.
　　　　　　　　　　　　　　　　　　　　JAIME PIERAS, JR.
　　　　　　　　　　　　　　　　　U.S. SENIOR DISTRICT JUDGE